**GOTTLIEB & ASSOCIATES**
ATTORNEYS
150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/28/2022

**MEMO ENDORSED**

June 27, 2022

**VIA ECF**
The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> **APPLICATION GRANTED:** The Initial Case Management Conference scheduled for Tuesday, July 12. 2022 at 10:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Tuesday, October 11, 2022 at 11:00 a.m.
>
> APPLICATION GRANTED
> /s/ Katharine H. Parker
> Hon. Katharine H. Parker, U.S.M.J.
> 06/28/2022

Re: *Young v. Collectors Coins & Jewelry, et al.,*
<u>Case No.: 1:22-cv-2097</u>

Dear Judge Parker,

The undersigned represents Lawrence Young, on behalf of himself and all other persons similarly situated ("Plaintiff"), in the above-referenced action against Defendants, Collectors Coins & Jewelry and Collector Coins Of Lynbrook LLC, (collectively referred to as "Defendant"). <u>The undersigned respectfully requests that the Initial Conference scheduled for July 12, 2022, at 10:00 AM (Dkt. 7) be adjourned for 60 days because Counsel for the Defendant has not yet answered or appeared in this Action. Additionally, the undersigned respectfully requests Your Honor grant the Defendant an additional 45 days to respond to the Complaint until August 11, 2022, so that the Defendant has ample opportunity to appear and defend themselves in this Action.</u> This request will grant ample time for the Defendant to retain counsel and for Defendant's Counsel to appear and discuss a possible resolution with Plaintiff's Counsel. <u>This is the Plaintiff's first request for an extension</u>

We thank the Court for its time and attention in this matter.

Respectfully submitted,

**GOTTLIEB & ASSOCIATES**

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.