```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/13/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LAWRENCE YOUNG, on behalf of
himself and all other persons
similarly situated,

                              Plaintiff,                        22-CV-2097 (PAE) (KHP)

      -against-                      **ORDER ADJORUNING INITIAL**
                                                           **CASE MANAGEMENT**
COLLECTORS COINS & JEWELRY,           **CONFERENCE**

                             Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

    In light of the Notice of Settlement filed on August 12, 2022 (doc. no 14) the Initial Case Management Conference currently scheduled for **October 11, 2022** is hereby adjourned *sine die*.

    **SO ORDERED.**

DATED:    New York, New York
               August 13, 2022

                                                 _____
                                                 KATHARINE H. PARKER
                                                 United States Magistrate Judge